In re Allen, Edward B.; — Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. 91KA-1823; Parish of Orleans, Criminal District Court, Div. “F”, No. 338-840.
Prior report: La.App., 589 So.2d 1180.
Granted in part; denied in part. The defendant’s sentence is amended to delete the requirement that he serve the term imposed without benefit of parole, good time, or credit for time served. See R.S. 15:529.1(G); La.C.Cr.P. art. 880; State v. Melancon, 536 So.2d 430 (La.App. 4th Cir.1988), writ denied, 582 So.2d 860 (La.1991). In all other respects, the application is denied.